UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Richard Lemcke, Lawanda Lemcke,                          Civil No. 06-427 (RHK/AJB)

          Plaintiffs,                                              **ORDER**

vs.

United Collection Bureau, Inc., Joe Dapalo,
individually,

          Defendants.

---

      Based upon the Stipulation (Doc. No. 14) of the parties, this matter is hereby

**DISMISSED WITH PREJUDICE** on the merits, but without costs, disbursement or attorney's

fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 19, 2006

                          s/Richard H. Kyle
                          RICHARD H. KYLE
                          United States District Judge